```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                     STATESBORO DIVISION
```

| | |
|---|---|
| LAURA BRANNEN, | * |
| Plaintiff, | * |
| v. | * CV 622-063 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

## O R D E R

Presently before the Court is the Acting Commissioner's motion for entry of judgment and remand. (Doc. 12.) The Acting Commissioner requests the Court enter judgment of reversal and remand the case to the agency, and on remand the agency will update the administrative record and issue a new decision. (Id. at 2.) The Acting Commissioner believes remand is appropriate to have the agency address and resolve inconsistencies between the limitations outlined in the residual functional capacity and the jobs identified that the claimant can perform in the national economy. (Id.) Counsel for Defendant has contacted Plaintiff's counsel, who does not oppose this motion. (Id. at 1.)

Under sentence four of 42 U.S.C. § 405(g), "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision

of the Commissioner of Social Security, with or without remanding the case for a rehearing."

Upon due consideration, and pursuant to sentence four of 42 U.S.C. § 405(g), the Court **GRANTS** the Acting Commissioner's motion. (Doc. 12.) The Commissioner's decision is **REVERSED,** and this action is **REMANDED** for further proceedings. The Clerk **SHALL ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, **REMAND** this action to the Acting Commissioner for further proceedings, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA